UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KOREY SHORT,

    Plaintiff,

v.                                          Case No. 3:25-cv-274-MMH-PDB

FEDERAL RESERVE BANK OF
ATLANTA,

    Defendant.

## **O R D E R**

**THIS CAUSE** is before the Court sua sponte. Upon review of the recent filings in this case, the Court finds it appropriate to address several matters.

First, it appears that Plaintiff, Korey Short, objects to the legal basis and/or procedure of the removal of this action from state to federal court. See generally Letter to the Judge (Doc. 15), filed April 23, 2025; Statement of Claim/Statement to the Court (Doc. 16), filed April 23, 2025; Demand for Judgment (Doc. 18; Second Demand), filed April 24, 2025.[1] The Court finds that jurisdiction is proper and that removal was timely and thus will take no action on Short's objections to his action being heard in this Court. See 12 U.S.C. § 632

---

[1] In a Memo filed on April 24, 2025, Short advises that his Demand for Judgment is intended to replace an earlier filing. See Memo (Doc. 19); Offer/Demand for Judgment (Doc. 17; First Demand), filed April 23, 2025.

(providing that a lawsuit such as this against a Federal Reserve Bank arises under federal law and as such the federal courts have original jurisdiction over such action); 28 U.S.C. § 1441 (authorizing a civil action over which the federal court has original jurisdiction that is brought in state court to be removed to the federal district court embracing the location in which the state court action was filed); 28 U.S.C. § 1446. Additionally, because the First and Second Demands reflect a fundamental misunderstanding of the removal process, and provide no legal basis for the relief requested, both demands are due to be denied.

Second, Defendant, Federal Reserve Bank of Atlanta (FRBA), filed a unilateral case management report. See Defendant's Uniform Case Management Report (Doc. 14; FRBA's CMR), filed April 21, 2025. The parties are directed to Local Rule 3.02, Local Rules of the United States District Court for the Middle District of Florida (Local Rule(s)), which requires the parties to conduct a planning conference and file a case management report within forty days after any defendant appears or after the docketing of an action removed to this court. The obligation to attend the planning conference and file a complete case management report is borne equally by both Short and FRBA. FRBA's CMR does not comply with this Local Rule because it is not signed by Short or an attorney representing him. As such, the Court finds that FRBA's CMR is due

to be stricken. Nevertheless, upon review of the record in this action, the Court finds it appropriate to stay all case management obligations until further notice.

Third, the Court previously struck Short's Complaint (Doc. 5; Complaint) and directed Short to file an amended complaint that complies with applicable procedural rules and remedies certain deficiencies the Court identified in the Complaint on or before April 15, 2025. See Order (Doc. 13; Order to File an Amended Complaint). As the Court explained in the Order to File an Amended Complaint, "[a]ll filings with the Court must be made in accordance with the requirements of the [Federal] Rules [of Civil Procedure (Rule(s)] and the Local Rules[.]" Id. at 2 n.2. Yet Short's recent filings continue to violate the Local Rules by failing to comply with Local Rule 1.08, which sets forth certain typography requirements including typeface, font size, and spacing. See Local Rule 1.08. Moreover, Short failed to file an amended complaint by the Court's deadline. Considering Short's pro se status, the Court will provide Short **one final opportunity** to file a proper complaint that complies with the Rules, the Local Rules, and the Order to File an Amended Complaint. Failure to do so by the deadline set below **will result in dismissal of this action without further notice**.

When preparing his amended complaint or considering making any other filings with this Court, Short is again encouraged to consider consulting with a legal aid organization that offers free legal services, such as Jacksonville Area Legal Aid (JALA). Alternatively, the Jacksonville Federal Court Bar Association operates a Legal Information Program. Through that program, pro se litigants may meet with a lawyer for free to ask general questions about procedures governing cases in federal court. Short may call the Clerk's Office at (904) 549-1900 to request an appointment. More information about the program is available on the Court's website at www.flmd.uscourts.gov/legal-information-program.[2]

Accordingly, it is

**ORDERED:**

1. Korey Short's Offer/Demand for Judgement (Doc. 17) is **DENIED**.

2. Short's Demand for Judgment (Doc. 18) is **DENIED**.

---

[2] In preparing the amended complaint and any future filings, the Court also recommends that Short visit the Court's website (www.flmd.uscourts.gov). Under the tab entitled, "For Litigants," there is a section entitled, "Litigants Without Lawyers." In this section, there are many resources available to pro se parties, including a Handbook called "Guide for Proceeding Without a Lawyer." If Short does not have access to the internet, one free copy of the Handbook may be obtained by visiting or mailing the Clerk's Office and presenting this Order to the deputy clerk.

3. Federal Reserve Bank of Atlanta's Unilateral Case Management Report (Doc. 14) is **STRICKEN**.

4. All case management obligations are **STAYED** until further notice.

5. Short shall file an amended complaint that complies with the Federal Rules of Civil Procedure and the Court's March 25 Order (Doc. 13) on or before **May 23, 2025**.

6. Failure to submit an amended complaint that complies with the directives of that Order as well as the Federal Rules of Civil Procedure and the Local Rules likely will result in the dismissal of this action without further notice.

**DONE AND ORDERED** in Jacksonville, Florida this 6th day of May, 2025.

*[Signature]*

MARCIA MORALES HOWARD
United States District Judge

lc33

Copies to:
<u>Pro</u> <u>Se</u> Party
Counsel of Record